# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Deborah L. Thorne

**Hearing Date** 5/23/2018

**Bankruptcy Case** 18-09317

**Adversary No.**

**Title of Case** Anna Tofanelli

**Brief Statement of Motion** Amend Plan at Confirmation

**Names and Addresses of moving counsel**
Geraci Law LLC
55 E Monroe St, Suite 3400
Chicago, IL 60603

**Representing** Debtor

## ORDER

Part 5.1 of the Debtor's Chapter 13 plan is amended to check the second box and provide that 19.9% of the total amount of these claims.

*/s/ Deborah L. Thorne*