UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-09317 |
| Anna Tofanelli | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER DISALLOWING CLAIM

THIS MATTER coming to be heard on the OBJECTION TO THE CLAIM OF NISSAN-INFINITI LT, the court having jurisdiction, with due notice having been given to all parties in interest, the court orders that the claim of Nissan-Infiniti (number 3, filed 04/05/2018) is disallowed beyond $3,025.00 and to the extent that it alleges that the debt is secured.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: April 03, 2019

**Prepared by:**

Dale Riley
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603