# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18 B 09317 |
| | ) | |
| ANNA TOFANELLI, | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | Hon. Deborah L. Thorne |

### NOTICE OF DEFAULT BY DEBTOR WITH REGARD TO DECEMBER 19, 2018 AGREED ORDER CONDITIONING AUTOMATIC STAY AS TO PERFORMANCE FINANCE

VIA ELECTRONIC NOTICE

To:   Marilyn O. Marshall (Trustee)        Dale A. Riley, Esq. (Debtor's Counsel)
      224 South Michigan Avenue, Suite 800  Geraci Law LLC
      Chicago, Illinois 60604               55 East Monroe Street, Suite 3400
                                            Chicago, Illinois 60603

VIA U.S. MAIL:
To:   Anna Tofanelli (Debtor)
      2522 North 74th Court
      Elmwood Park, Illinois 60707

Re:   PERFORMANCE FINANCE
      2017 Indian Chieftan, Vin: 56KTCAAA5H3354442

      Please be advised that Anna Tofanelli ("Debtor") has failed to maintain direct monthly payments to PERFORMANCE FINANCE ("Performance") for the above referenced motor vehicle as required under 11 U.S.C. §362 and the agreement with Performance as set forth in the December 19, 2018 Agreed Order Conditioning the Automatic Stay. Debtor must cure the delinquency within fourteen (14) days from the date of this Notice and provide proof of the cure to the undersigned and Debtor's counsel within fourteen (14) days from the date of this Notice.

**IF DEBTOR FAILS TO PROVIDE PROOF THAT DIRECT PAYMENTS TO PERFORMANCE ARE CURRENT AND FAILS TO FILE A NOTICE OF CURE WITHIN FOURTEEN (14) DAYS, THE AUTOMATIC STAY WILL TERMINATE WITHOUT FURTHER NOTICE OR ORDER AND PERFORMANCE MAY REPOSSESS AND SELL THE ABOVE-IDENTIFIED VEHICLE**

                                              Respectfully submitted,

                                              PERFORMANCE FINANCE,
                                              Creditor,

                                              By:   /s/ Cari A. Kauffman
                                              One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Default upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on this 24th day of January, 2020, before the hour of 5:00 p.m.

                                              /s/ Cari A. Kauffman